IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MARION GOODALL WOOTTON, JR. | § | |
| v. | § | CIVIL ACTION NO. 6:11CV301 |
| GEORGE FRANKLIN BAKER, *et al.* | § | |
| | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration.  The Report and Recommendation (document #22) recommends that this case be administratively closed pending the resolution of Defendant Evergreen Transport, Inc.'s bankruptcy proceeding.  No written objections have been filed.  The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that this case is hereby **ADMINISTRATIVELY CLOSED** pending the resolution of Defendant Evergreen Transport, Inc.'s bankruptcy proceeding.  The case may be placed back on the active docket upon notice by the parties that the bankruptcy proceeding has been resolved.

**So ORDERED and SIGNED this 1st day of March, 2012.**



Page 1 of 1

LEONARD DAVIS
**UNITED STATES DISTRICT JUDGE**